Opinion filed March 22, 2007 















 
 
  
 
 







 
 
  
 
 




Opinion filed March 22, 2007 

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh Court of Appeals

                                                                 ____________

 

                                                          No. 11-07-00036-CV

                                                    __________

 

                      JIM
TURKETT AND TERRI TURKETT,
Appellants

 

                                                             V.

 

                                    JILL
PORTER LITTLE, Appellee

 



 

                                         On
Appeal from the 104th District Court

                                                          Taylor
County, Texas

                                                 Trial
Court Cause No. 23,729-B

 



 

                                              M
E M O R A N D U M   O P I N I O N

Jim Turkett and Terri Turkett have
filed in this court a motion to dismiss their appeal.  In the motion, the Turketts
state that all matters in controversy between the parties have been
settled.  The motion is granted, and the
appeal is dismissed.

 

PER
CURIAM

March 22, 2007

Panel
consists of:  Wright, C.J.,

McCall, J., and Strange, J.